IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RATAJA PINOLA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES, et al.,<br><br>　　　　　　　　　　　　Defendants. | C 13-05871 SBA (PR)<br><br>[PROPOSED] ORDER CHANGING DEFENDANTS' TIME TO FILE A DISPOSITIVE MOTION |

　　Before the Court is Defendants Lacy and Lambert's motion for administrative relief to change time to file a dispositive motion under Northern District Local Rules 6-3 and 7-11. Upon review and consideration of the papers on file, Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion on or before November 4, 2014. Plaintiff shall file a response by December 2, 2104. Defendants' reply brief, if any, shall be filed by December 16, 2014.

　　IT IS SO ORDERED.

Dated: ___9/4/2014___　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. SAUNDRA B. ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

AAB:CS
SF2014408446
Proposed Order (word).doc

1