IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RATAJA PINOLA,<br><br>                              Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES, et al.,<br><br>                              Defendants. | C 13-05871 SBA (PR)<br><br>[PROPOSED] ORDER CHANGING DEFENDANTS' TIME TO FILE A DISPOSITIVE MOTION |

Before the Court is Defendants Lacy and Lambert's motion for administrative relief to change time to file a dispositive motion under Northern District Local Rules 6-3 and 7-11. Upon review and consideration of the papers on file, Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion on or before December 29, 2014. Plaintiff shall file a response by January 26, 2104. Defendants' reply brief, if any, shall be filed by February 9, 2014.

IT IS SO ORDERED.

Dated:  \_\_\_\_12/2/2014_____     _____
                                                                        HON. SAUNDRA B. ARMSTRONG
                                                                        United States District Judge

SF2014408446
Proposed Order (word).doc

1