IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **RATAJA PINOLA,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES, et al.,**<br><br>                                    Defendants. | C 13-05871 SBA (PR)<br><br>**AMENDED ORDER CHANGING<br>DEFENDANTS' TIME TO FILE A<br>DISPOSITIVE MOTION** |

Before the Court is Defendants Lacy and Lambert's motion for administrative relief to change time to file a dispositive motion under Northern District Local Rules 6-3 and 7-11. Upon review and consideration of the papers on file, Defendants' motion is **GRANTED**. Defendants shall file a dispositive motion on or before December 29, 2014. Plaintiff shall file a response by January 26, 2105. Defendants' reply brief, if any, shall be filed by February 9, 2015.

IT IS SO ORDERED.

Dated:   12/3/2014                                                              _____
                                                                                              HON. SAUNDRA B. ARMSTRONG
                                                                                              United States District Judge

SF2014408446
Order (word).doc

1